

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-15-00284-CV |
| IN RE: ROSA SERRANO, INDIVIDUALLY AND D/B/A THE LENS FACTORY, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Virgil Mulanax, Judge of the County Court at Law No. 7 of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus and Relator's motion for emergency relief, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 16TH DAY OF SEPTEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)